# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | **SEALED** |
| ELIZABETH LESLIE | ) | Case No. 3:25-mj-00303 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 18, 2025__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See the attached affidavit

☑ Continued on the attached sheet.

/s/ SA Grant J. Brill by telephone
*Complainant's signature*

FPS SA Grant J. Brill
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:10 pm__ a.m./p.m.

Date: 10/19/2025

*Youlee Yim You*
*Judge's signature*

City and state: Portland, Oregon

Youlee Y. You, U.S. Magistrate Judge
*Printed name and title*