

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | January 23, 2026 |
| Case Number: | 3:26−cr−00002−SB |
| Case Title: | U.S.A. v. Elizabeth Leslie |

**(A)  Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Karin J. Immergut to the Honorable Stacie F. Beckerman, United States Magistrate Judge.[1] Information on this case may be obtained from the following:

| | |
|---|---|
| Case Status or Scheduling Information: | Telephone:  503−326−8022<br>Email:  beckerman_crd@ord.uscourts.gov |
| Filing or Docket Entry Information: | Telephone: 503−326−8050 |

**(B)  Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:** Effective immediately, Judge Beckerman's initials (SB) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:   Judge Beckerman
      Counsel of Record