AO 245B     Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
                Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

      Plaintiff,

**v.**

**ELIZABETH LESLIE**

      Defendant.

**AMENDED JUDGMENT IN A CRIMINAL CASE**

**Case No.: 3:26-CR-00002-SB-1**

**USM Number: 18431-512**

Alison Clark,
Defendant's Attorney

Geoffrey A. Barrow,
Assistant U.S. Attorney

**THE DEFENDANT:**

☒ pleaded guilty to Count 1 of the interlineated Information.

**The defendant is adjudicated guilty of the following offense with no weapon and without injury:**

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|
| 18:111(a)(1) Assaulting a Federal Officer | 10/18/2025 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)  and is discharged as to such count(s).

☐ Count(s)  are dismissed on the motion of the United States.

☒ The defendant shall pay a special assessment in the amount of $25.00 for Count 1 payable to the Clerk of the U.S. District Court. (See also the Criminal Monetary Penalties Sheet.)

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 11, 2026
_____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

Stacie F. Beckerman, U.S. Magistrate Judge
_____
Name and Title of Judicial Officer

February 18, 2026
_____
Date

AO 245B  Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
Sheet 4 - Probation

DEFENDANT: ELIZABETH LESLIE                                                    Judgment-Page **2** of **6**
CASE NUMBER: 3:26-CR-00002-SB-1

# PROBATION

The defendant is hereby sentenced to probation for a term of  **one (1) year.**

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☒The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. (*check if applicable*)
5.  ☐ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7.  ☐ You must participate in an approved program for domestic violence. (*check if applicable*)
8.  You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9.  If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

AO 245B    Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
Sheet 4A - Probation

DEFENDANT:  ELIZABETH LESLIE                                                  Judgment-Page **3** of **6**
CASE NUMBER:  3:26-CR-00002-SB-1

# STANDARD CONDITIONS OF SUPERVISION

The Court waives the Standard Conditions of Supervision.

AO 245B    Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
Sheet 4D - Probation

DEFENDANT:  ELIZABETH LESLIE                                      Judgment-Page **4** of **6**
CASE NUMBER:  3:26-CR-00002-SB-1

## SPECIAL CONDITION OF SUPERVISION

1.  You must not knowingly enter the area surrounding the Immigration and Customs Enforcement Building in Portland, Oregon. The defendant is specifically prohibited from entering the area bounded by South Gaines Street to the North; South Boundary Street to the South; Southwest Terwilliger to the West; and the Willamette River to the East, for any purpose except for uninterrupted travel on Interstate 5 to transit the exclusion area so long as the defendant does not depart the freeway or stop within the exclusion area, without first obtaining the permission of the probation officer.

AO 245B       Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
              Sheet 5 - Criminal Monetary Penalties

DEFENDANT:  ELIZABETH LESLIE                            Judgment-Page **5** of **6**
CASE NUMBER:  3:26-CR-00002-SB-1

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth in this judgment.

| | Assessment (as noted on Sheet 1) | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] | TOTAL |
|---|---|---|---|---|---|---|
| **TOTALS** | $25.00 | $0.00 | | | | $ 25.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

☐ If applicable, restitution amount ordered pursuant to plea agreement: $_____.

☐ The defendant must pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that

    ☐ The interest is waived for the ☐ fine and/or ☐ restitution.

    ☐ The interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

> Any payment shall be divided proportionately among the payees named unless otherwise specified.

AO 245B        Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
               Sheet 6 - Schedule of Payments

DEFENDANT: ELIZABETH LESLIE                                                    Judgment-Page **6** of **6**
CASE NUMBER: 3:26-CR-00002-SB-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment[1] of the total criminal monetary penalties shall be as follows:

**A.**   ☒**Lump sum payment of $25.00 due on 2/13/2026.**
         ☐in accordance with ☐ C, ☐ D, or ☐ E below; or
**B.**   ☐Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or
**C.**   ☐If there is any unpaid balance at the time of defendant's release from custody, it shall be paid in monthly installments
         of not less than $_____, or not less than 10% of the defendant's monthly gross earnings, whichever is greater, until
         paid in full to commence immediately upon release from imprisonment.
**D.**   ☐ Any balance at the imposition of this sentence shall be paid in monthly installments of not less than $, or not less than
         10% of the defendant's monthly gross earnings, whichever is greater, until paid in full to commence immediately.
**E.**   ☐Special instructions regarding the payment of criminal monetary penalties:

Unless the Court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment,
payment of criminal monetary penalties, including restitution, shall be due during the period of imprisonment as follows:  (1) 50% of
wages earned if the defendant is participating in a prison industries program; (2) $25 per quarter if the defendant is not working in a
prison industries program.  If the defendant received substantial resources from any source, including inheritance, settlement, or other
judgment, during a period of incarceration, the defendant shall be required to apply the value of such resources to any restitution or
fine still owed, pursuant to 18 USC § 3664(n).

Nothing ordered herein shall affect the government's ability to collect up to the total amount of criminal monetary penalties imposed,
pursuant to any existing collection authority.

All criminal monetary penalties, including restitution, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the Clerk of Court at the address below, unless otherwise directed by the Court, the
Probation Officer, or the United States Attorney.

> **Clerk of Court**
> **U.S. District Court - Oregon**
> **1000 S.W. 3rd Ave., Ste. 740**
> **Portland, OR  97204**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

---

[1] Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA
assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs,
including cost of prosecution and court costs.